1  Bruce D. Praet, 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
6  Attorneys for Defendants
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 ESTATE OF STEPHEN O. ESQUIVEL, by )   NO.1:06-cv-01690 OWW (WMWx)
   and through its legal representative, SYLVIA )
12 ESQUIVEL; SYLVIA ESQUIVEL; ANISIA )   **ORDER GRANTING**
   MARIA ESQUIVEL, ANTHONY           )   **DEFENDANTS' MOTION TO**
13 ARENAS, and JOHNNY ALONSO         )   **COMPEL DISCOVERY**
   ESQUIVEL, minors suing through their )  **RESPONSES**
14 guardian ad litem, SYLVIA ESQUIVEL, )
                                      )
15           Plaintiffs,               )
                                      )
16    vs.                              )
                                      )
17 SANGER POLICE OFFICER MANUEL       )
   CHAVEZ; SANGER POLICE OFFICER     )
18 ERIC GRIJALVA; SANGER POLICE       )
   SERGEANT FRED SANDERS;            )
19 UNKNOWN LAW ENFORCEMENT            )
   OFFICERS; THE CITY OF SANGER,     )
20 CALIFORNIA,                        )
                                      )
21           Defendants.               )
   _____ )
22
23       TO: THE CLERK OF THE COURT:
24       The Defendants' Motion to Compel Discovery Responses having come on for
25 hearing by teleconference ordered by the Court on October 12, 2007, with Bruce D. Praet,
26 appearing telephonically for the Defendants and Kevin G. Little appearing telephonically
27 for the Plaintiffs.  The Court having considered the moving papers of parties and a written
28 request of Mr. Little for additional time to respond and cure any defects, IT IS HEREBY

-1-

ORDERED:

1. Defendants' Motion to Compel Responses to outstanding discovery is GRANTED and Plaintiffs shall have forty-five (45) days from October 12, 2007, to serve verified responses to all current Requests for Admissions, Production Requests and Interrogatories served by Defendants.

2. Both Plaintiffs and Defendants shall have thirty (30) days from October 12, 2007, to serve each other with initial disclosures required by *F.R.Civ.P., Rule 26(a)*.

3. Plaintiffs' counsel, Kevin G. Little, has represented to the Court that he fully understands his obligations to timely respond to all communications and notices from Defendants and the Court and that he will do so henceforth. Mr. Little further understands that his failure to do so in the future or his failure to comply with the federal rules, this or any Order of this Court may result in sanctions including, but not limited to monetary, exclusionary or terminating.

4. All parties are encouraged to timely communicate with each other or directly with the Court if circumstances arise in the future which might affect any party's ability to abide by this Order.

5. Defendants' request for monetary sanctions in the amount of $1,110.00 as costs for having brought this Motion to Compel is deemed reasonable and appropriate. However, Defendants have offered and the Court agrees to stay the imposition of such sanctions until the final disposition of this matter by way of settlement, dispositive motion or trial, as deemed appropriate at such time.

IT IS SO ORDERED:

Dated: October 20, 2007                 /s/ OLIVER W. WANGER
                                        Oliver W. Wanger, United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

     On October 15, 2007, I served the foregoing **DEFENDANT, CITY OF SANGER'S OPPOSITION TO PLAINTIFFS' REQUEST FOR ADDITIONAL THIRTY DAYS TO RESPOND TO MOTION TO COMPEL DISCOVERY AND SANCTIONS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Kevin G. Little, Esq.
2115 Kern St., Ste. 330
Fresno, CA 93721

XXX  (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

XXX  (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

     Executed on October 15, 2007, at Santa Ana, California.

                                        /s/ Cathy Sherman
                                        Cathy Sherman