1  KEVIN G. LITTLE, SBN 149818
   ATTORNEY AT LAW
2  2339 Kern Street, No. 330
   Fresno, California 93721
3  Telephone:  (559) 708-4750
   E-Mail: kevinglittle@yahoo.com
4
   Attorney for Plaintiffs Estate of Stephen O.
5  Esquivel, Sylvia Esquivel, Anisia Maria Esquivel,
   Anthony Arenas, and Johnny Alonso Esquivel
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                                    ***
10
11 ESTATE OF STEPHEN O. ESQUIVEL by )   Case No. CV-F-06-1690 OWW WMW
   and   through   its   legal   representative, )
12 SYLVIA ESQUIVEL; SYLVIA ESQUIVEL; )   REQUEST FOR DISMISSAL OF ALL
   ANISIA  MARIA  ESQUIVEL, ANTHONY )    PLAINTIFFS EXCEPT THE ESTATE
   ARENAS,   and   JOHNNY   ALONSO )     OF STEPHEN O. ESQUIVEL;
13 ESQUIVEL, minors suing through their )   PROPOSED ORDER
   guardian ad litem,  SYLVIA ESQUIVEL, )
14                                    )
                 Plaintiffs,          )
15                                    )
                                      )
16 v.                                 )
                                      )
17 SANGER   POLICE   OFFICER   MANUEL )
   CHAVEZ; SANGER POLICE OFFICER )
18 ERIC   GRIJALVA;   SANGER   POLICE )
   SERGEANT    FRED    SANDERS; )
19 UNKNOWN   LAW   ENFORCEMENT )
   OFFICERS;   THE   CITY   OF   SANGER, )
20 CALIFORNIA,                         )
                                      )
21                 Defendants.        )
   _____
22 TO THE HONORABLE COURT:

23        Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff Sylvia Esquivel; and

24 plaintiffs Anisa Mariah Esquivel, Anthony Arenas, and Johnny Alonso Esquivel, minors

25 suing  through their guardian ad litem, Sylvia Esquivel, hereby request dismissal of their

26 respective individual claims.  The requesting plaintiffs submit that this dismissal should be

27 without prejudice and that, if they later initiate similar claims, that a cost payment order

28 could be appropriate pursuant to Federal Rule of Civil Procedure 41(d).

REQUEST FOR DISMISSAL OF ALL PLAINTIFFS
EXCEPT THE ESTATE OF STEPHEN O. ESQUIVEL

1    In Fresno, California, this 3rd day of March 2008.

2                                                    /s/ Kevin G. Little

3                                                    KEVIN G. LITTLE, ESQ.
                                                     Attorney for Plaintiffs Estate of Stephen O.
4                                                    Esquivel, Sylvia Esquivel, Anisia Maria Esquivel,
                                                     Anthony Arenas, and Johnny Alonso Esquivel
5

6    IT IS SO ORDERED.

7    **Dated:    March 5, 2008**                  **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL OF ALL PLAINTIFFS
EXCEPT THE ESTATE OF STEPHEN O. ESQUIVEL          -2-