UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHEN O. ESQUIVEL by and through its legal representative, SYLVIA ESQUIVEL, et al., <br><br> Plaintiff, <br><br> v. <br><br> SANGER POLICE OFFICER MANUEL CHAVEZ, et al., <br><br> Defendants. | 1:06-cv-1690 OWW WMW <br><br> ORDER TO SHOW CAUSE RE: STATUS OF KEVIN G. LITTLE AS ATTORNEY OF RECORD |

To Plaintiff and her attorney of record, Kevin G. Little:

Kevin G. Little is ordered to appear on August 25, 2008, at 10:00 a.m. to show cause, if any he has, why he should not be relieved as counsel of record and this case be transferred to new attorneys for the Plaintiff.

IT IS SO ORDERED.

Dated:   August 1, 2008                        /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1