Bruce D. Praet, 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHEN O. ESQUIVEL, by and through its legal representative, SYLVIA ESQUIVEL; SYLVIA ESQUIVEL; ANISIA MARIA ESQUIVEL, ANTHONY ARENAS, and JOHNNY ALONSO ESQUIVEL, minors suing through their guardian ad litem, SYLVIA ESQUIVEL, <br><br> Plaintiffs, <br><br> vs. <br><br> SANGER POLICE OFFICER MANUEL CHAVEZ; SANGER POLICE OFFICER ERIC GRIJALVA; SANGER POLICE SERGEANT FRED SANDERS; UNKNOWN LAW ENFORCEMENT OFFICERS; THE CITY OF SANGER, CALIFORNIA, <br><br> Defendants. | NO.1:06-cv-01690 OWW (WMWx) <br><br> **ORDER CONTINUING PRE-TRIAL AND TRIAL DATES PURSUANT TO STIPULATION** |

IT IS SO ORDERED:

The Pre-Trial Conference in this matter is continued from November 17, 2008, to February 2, 2009, at 11:00 a.m.. Trial is continued from December 9, 2009, to March 17, 2009, at 9:00 a.m. NO FURTHER CONTINUANCES WILL BE ALLOWED.

Dated: November 5, 2008

/s/ OLIVER W. WANGER
Oliver W. Wanger, District Court Judge

-1-