Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300
(714) 953-1143 FAX
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHEN O. ESQUIVEL, by and through its legal representative, SYLVIA ESQUIVEL; SYLVIA ESQUIVEL; ANISIA MARIA ESQUIVEL, ANTHONY ARENAS, and JOHNNY ALONSO ESQUIVEL, minors suing through their guardian ad litem, SYLVIA ESQUIVEL,<br><br>    Plaintiffs,<br><br>vs.<br><br>SANGER POLICE OFFICER MANUEL CHAVEZ; SANGER POLICE OFFICER ERIC GRIJALVA; SANGER POLICE SERGEANT FRED SANDERS; UNKNOWN LAW ENFORCEMENT OFFICERS; THE CITY OF SANGER, CALIFORNIA,<br><br>    Defendants.<br>_____ | No. 1:06-cv-01690-022-OWW (WMWx)<br><br>**E-FILING**<br><br>**ORDER GRANTING IN PART, AND DENYING IN PART, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

   The Motion for Summary Judgment or Summary Adjudication of Issues by Defendants, Officers Manuel Chavez and Eric Grijalva, Sergeant Fred Sanders, and the City of Sanger was heard on October 6, 2008, by the Honorable Oliver W. Wanger.  At the conclusion of the hearing, the matter was taken under submission.

///

///

1

1    The issues having now been fully considered and a decision having been duly rendered:

**IT IS HEREBY ORDERED AND ADJUDGED:**

Defendants' motion for summary judgment is GRANTED IN PART AND DENIED IN PART

1. Summary judgment is GRANTED for Defendants City of Sanger Police Officer Eric Grijalva, City of Sanger Police Sergeant Fred Sanders, and the City of Sanger.

2. Summary judgment is GRANTED for Defendants on Plaintiff's claim for violation of 42 U.S.C. § 1985.

3. Summary judgment is DENIED for Defendant City of Sanger Police Officer Manuel Chavez for the use of deadly force in violation of 42 U.S.C. § 1983 and for qualified immunity from liability based on his use of deadly force.

DATED: November 30, 2008

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge

2