UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF STEPHEN O. ESQUIVEL, by and through its legal representative, SYLVIA ESQUIVEL,<br><br>           Plaintiffs,<br><br>     vs.<br><br>SANGER POLICE OFFICER MANUEL CHAVEZ<br><br>           Defendant.<br>_____ | No.1:06-cv-01690 OWW (WMWx)<br><br>**ORDER re DEFENDANTS' NOTICE OF MOTION AND MOTIONS *IN LIMINE***<br><br>DATE:  October 9, 2009<br>TIME:   12:15 p.m.<br>CTRM: 3 |

Defendants' Motions in Limine came on for hearing on October 9, 2009, before the Honorable Oliver W. Wanger, Attorney Kevin Little appearing for Plaintiff and Attorney Bruce D. Praet appearing (telephonically) for Defendant. At the conclusion of the hearing, the Court ordered as follows:

**IT IS HEREBY ORDERED AND ADJUDGED:**

**1.     As to Defendants' Motion in Limine No. 1, Testimony**

**Pertaining to Richard Perez or any other member of the Perez family.**

The motion is DENIED without prejudice. Both Olga and Richard Perez will be permitted to testify at trial subject to the rules of evidence and timely objections.

1

1   However, no other member of the Perez family will be permitted to testify.

2   **2.    As to Defendants' Motion in Limine No. 2, Recordings and**
3   **Photographs Obtained by Plaintiffs' Investigator**

4   The motion is DENIED without prejudice and subject to the following
5   qualifications – any recorded statements taken by Plaintiff's Investigator Hurd are
6   inadmissible except as provided within FRE 801(d)(2) if Defendant raises the issue of
7   improper motive for fabrication of testimony by Olga or Richard Perez.

8   The Court reserves ruling on Defendant's motion to exclude photographs of the
9   scene, Mrs. Perez or any purported re-enactment taken by Investigator Hurd pending
10  examination of such photos outside the presence of the jury.

11  **3.    As to Defendants' Motion in Limine No. 3, News Articles and Press**
12  **Releases**

13  The motion is GRANTED.  Further, the Court reserves ruling on any testimony by
14  Richard Perez related to his claimed contact with Fresno Sheriff's Investigator Jose
15  Salinas to recant or alter his statement pending a report from Mr. Praet regarding contact
16  with Investigator Salinas.

17  **4.    Autopsy Photos and Photos of Decedent in Life**

18  The motion is GRANTED in view of Defendant's stipulation that the bullet
19  trajectory and cause of death are not in dispute.  In the event that the trial moves into a
20  bifurcated damage phase, Plaintiff shall be limited to two or three photographs of
21  decedent in life.

22  **5.    Evidence of Damages Beyond That Properly Disclosed**
23  The motion is GRANTED.
24  ///
25  ///
26  ///
27  ///
28  ///

**6.     Expert Testimony**

The motion is GRANTED. With regard to any testimony of the forensic pathologist, Dr. Gopal, his percipient testimony (although perhaps admissible) would appear to be unnecessary in light of Defendant's stipulation as to the cause of death and bullet trajectory.

IT IS SO ORDERED.

**Dated:   October 9, 2009**             /s/ Oliver W. Wanger
                                                         UNITED STATES DISTRICT JUDGE