KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6803 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone: (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Estate of Stephen O. Esquivel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| ESTATE OF STEPHEN O. ESQUIVEL by and through its legal representative, SYLVIA ESQUIVEL, <br><br> Plaintiff, <br><br> v. <br><br> SANGER POLICE OFFICER MANUEL CHAVEZ, <br><br> Defendant. | Case No. CV-F-06-1690 OWW GSA <br><br> ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE |

On October 9, 2009, the above-entitled matter came before the Court for hearing on the plaintiff's motions in limine. Upon consideration of the written and oral submissions of the parties, the Court hereby orders as follows on the plaintiff's respective motions:

1.  The plaintiff's first motion in limine to exclude evidence and witnesses not disclosed during discovery is GRANTED with the exception that witnesses Olga and Richard Perez will be permitted to testify at trial.

2.  The plaintiff's second motion in limine to preclude the presentation of character evidence is DENIED without prejudice. Evidence of the decedent's drug use or criminal

---

ORDER RE: PLAINTIFF'S MOTION S IN LIMINE

history tending to corroborate the involved officers' observations during the incident is relevant to their credibility and state of mind.  Other evidence of the decedent's history may be admissible for purposes of damages, which the Court has ordered will be bifurcated into a separate, second phase of the trial.

3. The plaintiff's third motion in limine to exclude evidence of a lack of prior wrongdoing by the defendant is GRANTED.  Similarly, any evidence of prior wrongdoing by the defendant is also excluded.

4. The plaintiff's fourth motion in limine to exclude evidence of post-incident occurrences or after-acquired knowledge is GRANTED as to the initial liability phase of the trial. As stated above, such evidence may be admissible during the second damages phase of the trial.

5. The plaintiff's fifth motion in limine to exclude expert testimony as to witness credibility is GRANTED.

6. The plaintiff's sixth motion in limine to exclude the presentation at trial of any information withheld on privilege grounds is GRANTED.

7. The plaintiff's seventh motion in limine to exclude expert testimony as to legal issues is GRANTED.

IT IS SO ORDERED.

Dated:   October 13, 2009             /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE