KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone:  (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiff Estate of Stephen O. Esquivel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| ESTATE OF STEPHEN O. ESQUIVEL by and through its legal representative, SYLVIA ESQUIVEL,<br><br>                Plaintiff,<br><br>v.<br><br>SANGER POLICE OFFICER MANUEL CHAVEZ; SANGER POLICE OFFICER ERIC GRIJALVA; SANGER POLICE SERGEANT FRED SANDERS; UNKNOWN LAW ENFORCEMENT OFFICERS; THE CITY OF SANGER, CALIFORNIA,<br><br>                Defendants.<br>_____ | Case No. CV-F-06-1690 OWW GSA<br><br>STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE<br>[FRCP 41(a)(1)(ii)] |

TO THE HONORABLE COURT:

In accordance with Federal Rule of Civil Procedure 41(a)(2) and consistent with the terms of their settlement, all parties to the above-entitled proceeding hereby stipulate to dismiss this action with prejudice.  All parties are to bear their own costs and attorney's fees.

_____
DISMISSAL WITH PREJUDICE

Dated: October 28, 2009                 /s/ Kevin G. Little
                                        Kevin G. Little
                                        Attorney for Plaintiffs

Dated: October 28, 2009                 /s/ Bruce D. Praet
                                        Bruce D. Praet
                                        Attorney for Defendants

IT IS SO ORDERED.

**Dated:   October 30, 2009**                 **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

DISMISSAL WITH PREJUDICE                                                          -2-